IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SMI-OWEN STEEL CO., INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-00-149 |
| | § | (Consolidated with G-01-627) |
| ST. PAUL FIRE & MARINE INS. CO., | § | |
| ET AL. | § | |

## OPINION AND ORDER

Before the Court is "Marsh USA, Inc.'s Second Motion for Summary Judgment - the Statute of Limitations Bars the Negligent Procurement of the Professional Liability Policy" filed on May 3, 2006.

Having reviewed the Parties' submissions, the Court finds that, under Rule 15(c) of the Federal Rules of Civil Procedure, SMI's cause of action for negligent procurement of a professional liability policy asserted against Marsh for the first time in SMI's Second Amended Complaint relates back to SMI's timely filed Original Complaint.

It is, therefore, **ORDERED** that "Marsh USA, Inc.'s Second Motion for Summary Judgment - the Statute of Limitations Bars the Negligent Procurement of the Professional Liability Policy" (Instrument no. 244) is **DENIED**.

**DONE** at Galveston, Texas, this _____1st_____ day of June, 2006.

_____
John R. Froeschner
United States Magistrate Judge